McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN EDUARDO GARIBAY,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-01226-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Complaint will be extended by 30 days, from December 26, 2018 until January 25, 2019.

This is Defendant's first request for an extension of time to respond to Plaintiff's complaint. Defendant respectfully requests this additional time because additional time is needed to respond to Plaintiff's motion for summary judgment. In addition, Plaintiff's counsel will be on leave from December 21 through December 27.

The parties further stipulate that the briefing schedule shall be modified accordingly:
- Defendant shall file an opposition to Plaintiff's motion for summary judgment, on or before January 25, 2019.

- Appellant's reply brief shall be filed with the court and served on respondent within twenty (20) days after service of Defendant's opposition, on or before February 14, 2019.

Respectfully submitted,

Dated: December 18, 2018          */s/ Langley Kreuze*
                                  (*as authorized via e-mail on 12/18/19)
                                  Langley Kreuze
                                  Attorney for Plaintiff

Dated: December 18, 2018          McGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                         By:      */s/ Marcelo Illarmo*
                                  MARCELO ILLARMO
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: December 18, 2018          _____
                                  ALLISON CLAIRE
                                  UNITED STATES MAGISTRATE JUDGE