1 SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
2 42 N. Sutter Street, Suite 400
3 Stockton, California 95202
Telephone: (209) 948-9384
4 Facsimile: (209) 948-0706

6 Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**X BRANCH**

| | |
|---|---|
| RUBEN EDUARDO GARIBAY,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant | Case No.: 2:18-cv-01226-AC<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of SEVEN-THOUSAND FIVE-HUNDRED dollars ($7,500.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under

the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset. Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated: September 5, 2019     */s/ Shellie Lott*
SHELLIE LOTT
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX

Date: September 5, 2019     */s/ Marcelo Illarmo*
(As authorized via email on 9/5/19)
MARCELO ILLARMO
Special Assistant United States Attorney

|1|SHELLIE LOTT, SBN: 246202|
|-|-|
|2|Cerney Kreuze & Lott, LLP|
||42 N. Sutter Street, Suite 400|
|3|Stockton, California 95202|
||Telephone: (209) 948-9384|
|4|Facsimile: (209) 948-0706|

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**X BRANCH**

| RUBEN EDUARDO GARIBAY, | Case No.: 2:18-cv-01226-AC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |
| ANDREW SAUL,<br>Acting Commissioner of Social Security, | |
| Defendant | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of SEVEN-THOUSAND FIVE-HUNDRED dollars ($7,500.00), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

DATED: September 5, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE